O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RODRIGUEZ,<br><br>               Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | CASE NO. CV 13-09525 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: January 21, 2015

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE